## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  FRANK R.TALAS, JR.  </u>

THE HONORABLE JOHN D. ROBERTS

D<small>EPUTY</small> C<small>LERK</small>                          CASE NO.  <u>3:06-CR-00011-01-RRB</u>

<u> DAN MAUS </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 19, 2006

    **ARRAIGNMENT** in the above-captioned case is hereby set for **Thursday, February 23, 2006 at 9:30 a.m.** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

[ ]{ARRAIGNR.WPD*Rev.3/97}