# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED U.S. MARSHALS SERVICE ALASKA FEB 16 2006

RECEIVED JAN 2 [illegible] ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | **SUMMONS IN A CRIMINAL CASE** |
| V. | Case Number: 3:06-CR-00011-02-RRB |
| Phyllis Talas | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | 6 |
| Before: Magistrate Judge John D. Roberts | Date and Time<br>2/23/06 at 10:00 a.m. |

To answer a(n)
[XX] Indictment  [] Information  [] Complaint  [] Violation Notice  [] Probation Violation Petition

Charging you with a violation of:

Brief description of offense:
18:371 CONSPIRACY - Count 1
38:6101 MISAPPROPRIATION OF FUNDS BY FIDUCIARY - Count 2

| | |
|---|---|
| Ida Romack, Clerk of Court<br>Signature of Issuing Officer | January 19, 2006 at Anchorage, AK<br>Date and Location |
| by [signature] Deputy Clerk<br>Name and Title of Issuing Officer | |

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

# RETURN OF SERVICE

Service was made by me on:[1] 02/03/06        Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 21500 Morning Cir, Peters Creek

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 02/06/06        Randy M Johnson
Date                          Name of United States Marshal

_____
(by) Deputy United States Marshal

M.H. Grenier
U.S. Postal Inspector

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.