AO 83 (Rev. 12/85) Summons in a Criminal Case

RECEIVED U.S. MARSHALS SERVICE
ALASKA

RECEIVED
FEB 16 2006

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

2006 JAN 20 PM 2: 10

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V.

Frank R. Talas, Jr.

## SUMMONS IN A CRIMINAL CASE

Case Number: 3:06-CR-00011-01-RRB

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | 6 |
| Before: Magistrate Judge John D. Roberts | Date and Time<br>2/23/06 at 9:30 a.m. |

To answer a(n)
[XX] Indictment   [] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

Brief description of offense:
18:371 CONSPIRACY - Count 1
38:6101 MISAPPROPRIATION OF FUNDS BY FIDUCIARY - Count 2
18:1343 WIRE FRAUD - Counts 3-5

| Ida Romack, Clerk of Court | January 19, 2006 at Anchorage, AK |
|---|---|
| Signature of Issuing Officer | Date and Location |
| by _[signature]_    Deputy Clerk | |
| Name and Title of Issuing Officer | |

NOTICE: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

J . .

AO 83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1] 02/03/06          Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:_____

☒ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _21500 Morning Cir._

_Ms. Phyllis Talas - wife of Frank Talas_

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 02/06/06          Randy M Johnson
Date                          Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:          M. H. GRENIER
U.S. Postal Inspector

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.