```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. **FRANK R. TALAS. JR.**            CASE NO. **3:06-cr-00011-RRB**
Defendant: **X** Present **X** On Summons

BEFORE THE HONORABLE:            **JOHN D. ROBERTS**

DEPUTY CLERK/RECORDER:           **ROBIN CARTER**

UNITED STATES' ATTORNEY:         **KAREN LOEFFLER**

U.S.P.O.:                        **CHRIS LIEDIKE**

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 2/23/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:33 a.m. court convened.

**X** Copy of Indictment given to defendant; read.

**X** Defendant sworn.

**X** Defendant advised of general rights.

**X** Defendant advised of charges and penalties.

**X** Defendant stated true name: **same as above**     Age: **53**

**X** Financial Affidavit **FILED.**
   **X** Federal Public Defender to designate counsel; FPD notified.

**X** PLEAS: Not guilty to counts **1-5 of the Indictment.**

**X** Bond set at **$5000 unsecured**; Appearance Bond **FILED.**

**X** Order Setting Conditions of Release **FILED**.

**X** Pretrial motions due **3/15/06**       ; Order for the
   Progression of a Criminal Case **FILED**.

**X** Counsel advised no trial date has been set.

At 9:58 a.m. court adjourned.


DATE: **February 23, 2006**     DEPUTY CLERK'S INITIALS:    **Rc**