Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK R. TALAS, JR.,<br><br>    Defendant. | Case No. 3:06-cr-0011-RRB-JDR<br><br>NOTICE OF INTENT<br>TO PLEAD GUILTY |

   Defendant, Frank R. Talas, Jr., by and through counsel Michael Dieni, Assistant Federal Defender, and provides notice that Mr. Talas intends to plead guilty to Count 2 of the indictment in exchange for the government's commitment to dismiss the remaining counts of the indictment.  The trial date, therefore, can be vacated.

///

///

///

///

///

DATED this 7th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on July 7, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Karen L. Loeffler, Esq.

David R. Weber, Esq.

/s/ Michael D. Dieni