UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA   v.   FRANK TALAS and PHYLLIS TALAS  

DATE:   July 10, 2006    CASE NO.   3:06-CR-0011-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING CHANGE OF PLEA HEARINGS**

---

Defendant Phyllis Talas has filed a Notice of Intent to Enter Change of Plea at Docket 28, and Defendant Frank Talas has filed a Notice of Intent to Plead Guilty at Docket 29. The change of plea hearings will be held on **Monday, July 17, 2006,** at **10:00 a.m.** for Phyllis Talas and **10:30 a.m.** for Frank Talas. The hearings will be held in Courtroom 2 in Anchorage, Alaska. The final pretrial conference set for July 13, 2006, and the trial set for July 17, 2006, are **vacated.**

M.O. SCHEDULING CHANGE OF PLEA HEARINGS