Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>FRANK R. TALAS, JR.,<br><br>          Defendant. | Case No. 3:06-cr-0011-RRB-JDR<br><br>UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE SENTENCING MEMORANDUM,<br>Filed on Shortened Time |

Defendant, Frank R. Talas, Jr., by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a one-day extension of time within which to file defendant's sentencing memorandum in this matter. Undersigned counsel has spoken with Assistant United States Attorney Karen Loeffler, and she has no objection to the requested extension.

///

///

///

DATED this 20th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on September 20, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Karen L. Loeffler, Esq.

David R. Weber, Esq.

/s/ Michael D. Dieni