UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FRANK R. TALAS, JR.,<br><br>        Defendant. | Case No. 3:06-cr-0011-RRB-JDR<br><br>PROPOSED<br>ORDER GRANTING<br>EXTENSION OF TIME |

After due consideration of defendant's motion on shortened time, the motion is granted.

After due consideration of defendant's motion for a one-day extension of time within which to file defendant's sentencing memorandum in this matter, the motion is granted. Defendant shall have until September 21, 2006, within which to file his sentencing memorandum.

DATED this _____ day of September, 2006, in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge