**Anchorage School District**
**Bilingual/Multicultural Education Program**

**Fax Transmission**

☐ Please call to confirm receipt
☐ Please respond by return fax
☐ Call only if transmission is incomplete

**Date:** 09/21/06

**To:** Michael Dieni, Assistant Federal Defender

**Fax number:** 646-3480

**From:** Beth Hartley, Ph.D.
BMEP Specialist

**Our phone:** (907) 742-4462
**Our fax:** (907) 742-4460

*Confirmed by phone 1:20*

**# of pages including cover page: 4**

Private and Confidential:

Character Reference for Frank Talas

United States v. Talas
Case No. 3:06-cr-0011-RRB

Exhibit A
Page 1 of 4

1

September 18, 2006

TO: JUDGE BEISTLINE

FROM: BETH HARTLEY, Ph.D., Anchorage School District Bilingual Multicultural Education Specialist

RE: THE CASES OF PHYLLIS AND FRANK TALAS – CHARACTER REFERENCE

The Talas' became my neighbors in Eagle River in 1997. Our first contact was a visit over the fence as I was searching for a missing cat. Phyllis sent her son, Scott, out to help me. Our common love for animals was the seed for an ongoing friendship. As of that time, both Phyllis and Frank have been consistently welcoming and friendly and have become a part of my own "extended family".

Frank has always been willing to help… whether to fix an extinguished pilot-light or to give my diabetic cat a shot on a moment's notice. He has been a reliable friend, particularly with cat care. Phyllis is a careful house-keeper and, although she and Frank have collected a lot of "stuff" and have a number of pets, the house is typically clean and orderly.

Phyllis has always been there to listen when I had difficulties and offer her, often sage, advice. She too would share some of her problems with me in return, as friends often do. However, both she and Frank drew the line at their economic situation, which was always, from what I could tell, a sensitive issue for them both; I never pried, and they rarely made comment about it.

The Talas' are the salt-of-the-earth kind of folks who seem to make do with what they have, however the struggle. They are very family oriented and their immediate family has been very close - barring typical family squabbles. They have often supported both their young adult son and daughter and their respective families when they had difficulties with employment or living space, often at their own cost financially and energetically.

When I first got to know them on Mammoth Ct, Phyllis' mother had just passed away. I do remember that Mitch (Don Mitchell) had gone down to live with someone in Florida who was going to take care of him. However, due to the onset of Alzheimer's, he was found wandering and asleep in a vehicle quite some distance from where he was staying. This concerned everyone and they rallied quickly to send Scott down to recover him and bring him back to Alaska since Phyllis wasn't able to travel because she was working two jobs and Frank was recovering from some surgery. They were trying valiantly to maintain their house which was just a little too much for their budget.

Finding it in their best interest to vacate the house on Mammoth, they moved to a nice rental on Upper Sunny in Eagle River. Phyllis' father had moved in with them. I would visit often, participating in family celebrations and holidays. Mitch was in day care at the Chugiak Senior Center so that both Phyllis and Frank could work and still take care of him in the off hours. Mitch always seemed affable and friendly and ready to tell a story whenever I visited. His forgetfulness was evident, but it didn't seem to be overwhelming. However, Phyllis would express to me her concerns about Mitch's medications and that he was forgetting to take them. She also mentioned how the stress of his care was beginning to wear on her. There was no question that they cared for Mitch and desired the best for him. Phyllis is the primary emotional caregiver in the family and all of her family depended very much on her. Phyllis, herself, has some physical infirmities that make life uncertain for her at times, so she doesn't always have the energy typically available to a person her age; something she belatedly discovered while caring for Mitch.

About this time, Frank has started up his business Silver Wolf and Cub. I was never made privy to the manner in which he obtained his start-up money, and understood their bettered financial state to be a result of being "paid" to take care of Phyllis' father through his estate. I never asked questions about this or questioned their motives. It was good to see Frank branching out to take on a self-generated job of which he was duly proud. He was very good at handyman duties and I hired him and Scott to do some work for me around my house – all to my satisfaction. My understanding of why the enterprise failed is because they took on jobs that exceeded their expertise and the client complications that arose from this.

I understood that the reason that Mitch was moved from Chugiak to another care center in Anchorage is that the monthly payments were not being made by Phyllis and Frank. Apparently this was the time when the financial problems started to mount. I was aware of their distress, but not the root cause of it. I believe that people make decisions and experience the consequences of these decisions, and this was one of them. They made diligent efforts to bring Mitch up to Eagle River for holidays and barbeques. Paula (their daughter), or Scott or Frank would drive down and pick him up and take him back. I also hosted the Talas' for a Thanksgiving dinner at my house - including Mitch and Phyllis' sister Donna (at Phyllis' request) - along with some friends of mine. Mitch did great and seemed to enjoy himself.

It got to the point, when they would visit Mitch, that he would get disoriented and upset after their visits. According to them, they were told to please not visit, anymore. I did still encourage them to visit... he is their father, after all - and there was a day when, at my urging, they did go to see him. But the stress of the confusing visits and the burden that they were feeling (I think) due to the interventions of the State, made them reluctant to continue the visits. This made me sad for both Mitch and them... but it was a choice they

3

made. It was very draining for them. After the State took this to the level of the Federal Courts, they were not permitted to see him, at all. I wonder if Mitch even understands this.

By this time, they had moved out of the rental and purchased a very modest trailer with land in Chugiak. In many conversations, we talked about moving out of state for one reason or another. They were looking at the southeast, but would not even consider moving until they had secured jobs. During the time in question, Phyllis and Frank made a trip to the Midwest for a family reunion and Frank made a trip to the same location for his Father's funeral. He could not afford to travel for his step-mother's funeral.

Currently, Frank has secured a reliable job with an RV company, which, after a good year of intermittent employment, has really eased the emotional and financial burden on the family. Right now their son and daughter-in-law are living with them along with their newborn daughter. Phyllis is dependent on Frank to get her to work due to eyesight issues.

Both Phyllis and Frank recognize that they made unfortunate choices regarding the use of Mitch's assets -- but never did it appear of malicious intent. The choices were self-serving in the effort to make for themselves a better life – a not uncommon emotion for many of us. Crossing the line was the difference.

Phyllis and Frank have my full support during this trying time - Phyllis is on medication for depression due to this stress. I truly wish you could find some way to keep Frank here in town to be of some support to Phyllis. Even the consideration of possible jail time has had detrimental effects on the family's mental and physical health.

I appreciate Franks 'frankness" and willingness to bite the bullet and face the judgment of his error. But their fearfulness of this new unknown is evident in our conversations. I too recognize that consequences must be served in this situation. My plea is that the most considerate means of consequences be meted out - possibly even rigorous community service at Mitch's, or some other designated assisted care facility so that they understand the effects of lost assets on the elderly. I think it is in their nature to provide service.

If I could be at the sentencing on the 27th, I would be there. However, I will be traveling Outside at that time.

Thank you for your consideration of this character reference for Phyllis and Frank Talas.

*Elizabeth A. Worthey, Ph.D.*