To: Federal Public Defender for The District of Alaska
Re: Frank Talas

5 September 2006

Dear Judge Beistline,

My name is Brenda Morgan. I am a friend of Mr. Frank Talas. I have known Frank for approximately 5 years. I became acquainted with Frank through his wife Phyllis. I worked with his wife Phyllis from September 2001 thru November 2004. Getting to know Frank, I felt an instant connection with him as he is retired Army, as I also served in the Navy during Viet Nam.

But most importantly, what really impressed me about Frank was his love and concern for his wife and family. During the time in which I worked with his wife, he used to drive her to and from work, as she has a vision disability and is unable to drive herself safely, especially in the long dark winter months. Even in an office full of people, he never failed to kiss her goodbye. A lesser man may have been hesitant to show affection around others. If you wondering why I can say this, I observed their interaction almost on a daily basis because of our adjourning work spaces.

Over the course of our friendship, I have invited Frank and Phyllis to my home along with their son, Scott. I observed nothing but respect and love from him for his son as well. I have never heard Frank say anything negative about anyone, his father-in-law included.

Frank has demonstrated his friendship to me time and time again. A few years ago, during the winter, I mentioned that I was having problems with my garage thermostat. I didn't have to ask for his help, he volunteered to come and fix it. I did not expect this as he did not live close to me and this was in the middle of very cold winter. I honestly believe that when I need a friend, he will be there for me. I don't take friendship lightly and neither does Frank Talas. I am blessed to have him (and his wife Phyllis) in my life.

I find it hard to believe that a man of Frank's character would ever intentionally try to abandon Mr. Mitchell. I honestly believe that he (and his wife) did everything possible to care for his father-in-law until they were unable to, due to his deteriorating mental health. When you hand down your sentence, I humbly ask for as much leniency as the law allows, as Mr. Talas is inherently good and nothing positive can come from a long jail sentence.

I am available to talk further if needed at (907) 271-2536 between 7:00 am and 3:45 pm or at (907) 357-2277 after 5:30 pm.

Sincerely,

*Brenda F. Morgan*

Brenda F. Morgan