To: Federal Public Defender for District of Alaska

Re: Frank Talas

August 31, 2006

Dear Judge Beistline,

 My name is Lisa Cournoyer. I am the manager here at Alexander's RV Rental where Frank Talas is employed. Frank and I have worked together for a year and a half for Mr. Robert Alexander. Frank was hired on in May of 2005 as our motor home technician. During this time, I became aquainted with both Frank and his wife through work and personal life. I also met his daughter and son who also worked at Alexander's for a short time during the 2005 summer season. Frank is a hard worker who is both dedicated to his duties and dedicated to the quality of work that he performs. Frank displays a positive attitude at work to both I and the other employees and has always been there to assist anyone who has needed his help. Frank has shown respect, honesty, enthusiasm, and a desire to learn while employed here.

 Throughout the winter months, Frank and I were the only ones working for Mr. Robert Alexander due to the motor home business being seasonal. During this time we had several conversations and discussions involving many aspects of daily life and work. I came to learn that Frank is the definition of a family man. He shows a great amount of love and respect for his wife and children and is always there to support and help them. Frank and his wife enjoy working on computers, doing anything with their five animals, and playing dice games a couple of times a month with some of their close friends. Frank represents a sort of father role to me. He would often bring in food, drink, and winter clothing to offer incase I was cold. I also learned that Frank took on that role to several of

his children friends also. He was a "step-father" figure to them. Frank had a certain image of what life should be like, and what was good and bad. If he thought that someone was being mistreated in any way, he would always be the first person to step in and say something or do something about it. At no time has Frank ever undermined me or my authority here at Alexander's RV, and he has always been a pleasure to work with.

In closing, Frank is one of the most honorable and caring persons that I have met. He will go out of his way to help others before he can help himself, and never complains about it. Frank and his wife are a loving couple who have made a positive impression on me, and I know they have nothing but good intent in life. They show favorable characteristics as people and high morals and ethics in life. I believe that where ever Frank seeks employment, he will bring along his high work ethics along with his caring personality.

If you have any questions, please feel free to call me. (907)223-3285.


Sincerely,

Lisa Cournoyer

*[signature]* 8/31/06