September 10, 2006

Dear Judge Beistline:

I have known the Talas for several years, as a matter of fact for approximately 15 years.   Both Don and Beulah Mitchell came to Frank and Phyllis when there was any type of social event such as birthdays, Thanksgiving etc..   Since Beulah had a medical condition, Frank and Phyllis would go out of their way to see that both Don (also known as Mitch) and Beulah didn't have to lift a finger.   In some ways I also think Frank and Phyllis did it out of respect for their ages.

I remember when Beulah was taken to the hospital before she died, Phyllis was very upset because Mitch would not let her see her mother.   Phyllis kept telling me about how angry Mitch was.   When I asked her if Mitch was mad at her, she would say no, he was just mad all the time.   You see Beulah's oxygen tank needed to be changed and Mitch believed he changed it.   Phyllis felt Mitch was upset because he knew he was losing his wife.   In retrospect I feel that Mitch had already shown signs of the Alzheimer's and Beulah didn't want anyone to know. They both needed each other.

After Beulah died and some months passed on, Mitch had decided he was going to Florida.   He had an invitation to go with someone that I was told was a nurse.   I don't believe I ever met her. Mitch said he wanted to live somewhere else.   I assumed it was to leave hurtful memories behind.   However, this announcement came out of the blue.   There was no preparation or planning that I was aware of.   No talk of selling his home.   No talk of where he was going to be staying, that I can recall.   Both he and the nurse was going to take an RV and go.   Phyllis loved her dad and was still had not gotten over the loss of her mother.   I remember she questioned Mitch about leaving and wasn't happy about him going.   But she respected his decision.

I don't remember how long Mitch was gone.   The next thing I remember hearing is that Frank and Phyllis received a phone call from a military base in Florida!  Mitch was found sleeping in one of their vehicles.   Both Frank and Phyllis was unable to get away for whatever reason. So instead, their son, Scott went to get Mitch.

After returning home he moved in with Frank and Phyllis.   I don't remember how it was determined that Mitch had Alzheimer's.   My memory gets a little shaky around then.   I do remember not visiting Frank and Phyllis as much.   They had a house full of people.   I did visit a couple of times and Mitch got confused when seeing me.   You see his other daughter's name is Donna as well.   But he always wanted all the attention.   If he didn't, the attention he would pout or get angry like a child.

— over —

Phyllis told me that they had to go through the legal system to obtain a POA so she could take care of Mitch's affairs.   She was getting bills that her dad had no knowledge on.   When she asked him about when he last paid any bills he couldn't remember.   She was afraid that Mitch would lose everything that he and Beulah worked so had to obtain.   Phyllis asked Mitch where his retirement from the military was going or for that matter any account that had a balance so she could start making payments and pay the backlogged bills.   Mitch was no help.   I know she set up an account at one of the banks so she would use that account to pay Mitch's bills with. However, they still need to find where the money was going.   Once they found out, they would have that company sent in a cashier's check or wire the funds to it and pay the bills.   My understanding those bills were paid.

I remember Frank and Phyllis telling me about how they found Mitch up in the middle of the night roaming around.   How they were concerned about his safety.    I also remember their being relieved when they found the Chugiak Senior Center had programs that would help both Mitch and them with understanding Mitch's sickness and how to work with it.   This program worked for a while but Mitch complained about his treatment.   During that time there was an article in the paper as well as media coverage about other seniors being mistreated at the same location. (I see they are currently under investigation again.)   Phyllis felt it was better for her father to go into a private care facility where he would receive better attention.   Both Frank and Phyllis needed to work.   Therefore, they could no longer provide Mitch with the constant care he needed.   It broke her heart to leave him with strangers.   She would pick him up on weekends, holidays, or family gatherings.   This would go on until the facility told her that it was upsetting him.   It appeared that his new life at the facility was all he was remembering. Phyllis had visited him a few times there, but it hurts deeply when your own father doesn't remember who you are.

First let me apologize for not knowing exact dates.   I am relating the facts as how I remember it. I have no documentation that I can relate the dates to.  If I had provided you with dates, I would question if my statement was an honest one.  However, I know both Frank and Phyllis love Mitch and Beulah very much.   They would not do anything to intentionally hurt either one of them.   They always looked after them.   Always wanted to include them in any gathering, or events.   I know Frank was treated as a son that Mitch and Beulah never had, and Mitch and Beulah was very proud of Frank and Phyllis.

Thank you for listening to my comments

Donna L Peters
PO Box 672096
Chugiak, AK 99567