NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-0011-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | <u>GOVERNMENT'S MOTION TO</u> |
| ) | <u>ACCEPT LATE FILED</u> |
| FRANK and PHYLLIS TALAS, ) | <u>SENTENCING MEMORANDA</u> |
| ) | |
| Defendants. ) | |

COMES NOW the United States of America, by and through counsel, and moves this court to accept its late filed sentencing memoranda in this case.

The government was aware of the date of that the sentencing memoranda were due in this case.  However, government counsel greatly misperceived the time necessary preparation, participation and court appearances in a 7 defendant mortgage fraud action that took place on September 21 and 22.  Undersigned counsel did attempt to prepare the attached memoranda upon returning to the office late in the afternoon of September 21, but found the U.S. Attorney's Office filled

with nasty fumes that apparently emanated from the firehouse across the street. Counsel will admit to simply giving up and refusing to sit in an office filled with fumes. Finally, government counsel acknowledges that she does not know how to e-file and was unable to file the attached memoranda without the help of her legal assistant. For this reason the memoranda are being filed on Monday morning. However, government counsel will remedy that lack.

Government counsel had previously discussed the government's sentencing position with both defense counsel and therefore hopes that this late filing will not inconvenience them or the court.

RESPECTFULLY submitted this 25th day of September, 2006, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


 s/Karen Loeffler
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffer@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2006
a copy of the foregoing was served electronically on

Michael Dieni

David Webber

s/ Karen Loeffler