NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRANK and PHYLLIS TALAS, )<br>)<br>Defendants. ) | Case No. 3:06-cr-0011-RRB<br><br>**ORDER RE: GOVERNMENT'S MOTION TO ACCEPT LATE FILED SENTENCING MEMORANDA** |

The United States of America's motion to accept late filed sentencing memoranda.  GRANTED/DENIED.

_____                           _____
Date                                                              United States District Court Judge