Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>FRANK R. TALAS, JR.,<br><br>                    Defendant. | Case No. 3:06-cr-0011-RRB-JDR<br><br><br>NOTICE OF FILING LETTER |


            Defendant, Frank R. Talas, Jr., by and through counsel Michael Dieni,

Assistant Federal Defender, hereby files for the court's consideration a letter to the court

from defendant Frank R. Talas, Jr.

///

///

///

///

///

DATED this 25th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on September 25, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Karen L. Loeffler, Esq.

David R. Weber, Esq.

/s/ Michael D. Dieni