# Personal History

Born in East Cleveland , Ohio ,February 4,1953.  I didn't have a really bad childhood, but it also wasn't as could as it could have been. I grew up there till I was 8 years old, when my family moved to Macedonia, Ohio when my Dad bought our first house. We only lived there 2 years. My folks were planning to divorce shortly after the move out. We moved to Cuyahoga  Falls to an apartment, where we lived for 6 months. When the divorce was final, my sister and I were sent to live with my Aunt Shirley And uncle Bernie. We were there for 3 yrs. Because of the trouble I caused them, my Dad had to find an apartment for the 3 of us fast.

We moved to Bedford, Ohio. I finished grade school there and then Jr. high. I was going to start high school, when I just up and quit school in 10th grade. I moved back to Cleveland and moved in with my Mom. I went to work pumping gas a few days later. I went on to flipping burgers at McDonald's and Royal Castle. During this time, I ran with a group of guys from the area, and got started in drugs. Not my smartest move, but I did. After 2 years of this, and with the draft facing me, I joined the Army. Smartest move I ever made.

While stationed in Alaska, I met my wife  of 32 years, Phyllis. I raised 2 children with her. My daughter, Paulette, and my son, Scott.

I left the Army in 1974, and went into the Guard. Returned to active duty in 1976. I spent 9 months in Ft. Campbell, Ky, 3 years in West Germany, 2 Years at Ft. Lewis, Wa. 1 year in Korea, and 2 years at Ft. Carson, Co. Left the Army in 1985 after getting my right knee busted up.

Jobs I've held have really been varied. Security Officer, janitor,

salesman, cook, Census Taker, Amway, Adult Bookstore clerk, Bartender, auto dismantler, school bus driver, any job I could find to bring money into the house.

It wasn't until I ran into a  rep from the VA, while a bartender, that I had a real chance to change my life. Though VA, I had the chance to go to school. My knee injury netted me 20% disability. This disability paid for me to go to school for auto body repair and painting. After school I got a job with Joe's Body Paint and Frame on Post Rd. in Anchorage.

I worked at Joe's for 3 years, until I got hurt on the job. I fell in the shop yard, dislocated my left shoulder, cracked the bone in 2 places and caused a chip fracture in the same shoulder. I was laid up for 3 months, followed by 4 months of therapy.
After healing, I was job hunting again. My Vet Rep at job Service told me about a job, where the owner was willing to train and was looking for Vets. This job was working on RV's, something I had never even done before. I was hired to work at Niles Travelers Inc, in Mt. View. I learned the RV trade fast and enjoyed it. I stayed with Bill Niles until he sold the shop and retired. I stayed with the new owner for 4 months, when I found that he was not going to hold to his promised offer of better money and RV school.
I left there and went to work for ABC Motor homes. Again, promises made for better pay were not kept. I went to A&M RV Sales, but was there only a month. Seems I didn't have the skills needed for a very fast paced shop.

I went back to security work, and then faced hernia surgery. During all of this, We had bought a new house in Eagle River, lost it when I got hurt at Joe's, and moved to a rental. Also at this time, Beulah, my mother in law became very sick.
My In Laws were very special to me. Beulah was a second mother

for me, and when I got back from Ohio in 1985, she was there to help me face the death of my real Mother. Her and Don helped get me back home to see her before she died. Beulah and I were more then just in laws. She was also a best friend. She talked to me when after a fight with my wife, I packed up and left. I went as far as to their house. And her Dad went to our house to talk to Phyllis. They were like that, always there when we needed help in something.

Don and I had a long road to get to the point of being friends. The first night we met, he called Phyllis a tratior,because she was dating a soldier, and he was retired Air Force. It also stemmed from my brother in law at the time. Don wanted to be friends, and Ed wanted nothing to do with it. I think he felt I would be the same way. I worked at it for years, to prove I wasn't Ed and that I did want to be friends. It took a lot of years, but I did win him over. It went from Mr. Mitchell, to Don, to Mitch, and finally one day I said "Hey Mitch". He looked at me and said, "what's this Mitch s**t?" I just looked at him and wanted to cry. I said Hey Pa" He smiled and said "That's better" From then on it was only "Pa". When Beulah got sick, Phyllis and I did everything we could to help her Dad. We both knew that Beulah wasn't going to come home from the hospital.

Don built a wall around himself during this time. We understood why, but we still tried to get around it and get though to him. It didn't work, and he made plans to move to Florida and stay with a friend. When Beulah died, Don called Phyllis and told her," You're Mom's dead and hung up. Phyllis called me and I went to get her at work. I tore both of us up. It was her Mom, but she was also mine. And it was a double hit on me, having lost my Mom years before.

Don moved to Florida and we tried to settle into our lives again. I went though my surgeries and while I was healing, we got a call

from Kathy King in Florida. Don was acting very strangely and was saying he wanted to go home to Alaska. As I couldn't fly yet, I had to send my son Scott down to bring his grandfather home. When I got home from taking him to the airport, Phyllis told me Kathy had called again and that Don was missing, as was his car. She had gotten a call from Egland Air Force Base. He was found sleeping in the back of a service vehicle, and was at the hospital.

He didn't know where he was or how he had gotten there. We knew for sure then that bringing him home was the smartest thing to do. We moved him in with us, setting up a bedroom for him. We didn't think it would be wise for him to be left alone in his house. When we got him back up here, we set about getting him to the doctors to see what was going on. Before the doctor appointment, we had to take him to Elmendorf Air Force Base hospital mercy room. It was there they told us they were seeing the first sign of Alzheimer's. That night, as I stood there next to him waiting for the doctor to return, I started to cry. When he asked me why, I told him," It's not fair. You're in trouble, and there isn't a damn thing I can do to stop it. I feel helpless. You were always there for me when I needed you, now I can't do anything to change this" He just looked at me and told me," You're here now, that's what counts"

We faced a lot of problems with the Alzheimer's. Dr Mary Downs, confirmed it was Alzheimer's. Away from Don she told me what to expect. Again I felt helpless. But I promised myself that he would be taken care of from that day on. Life in our house was trying. Sometimes at night, sometimes in the very early mornings, he would wake us with the noise of him getting ready to leave the house to go for a walk, at 2:30 in the morning. My son took to sleeping on the couch to be sure he didn't get out.
. There were times he understood what was happening to him,

others times he had no clue.
When we went out to spread Beulah's ashes, he took me aside and told me,' Frank, as of this day, when we say goodbye to Ma, you become head of this family. I can't do it any longer" I told him he could count on me. I told the rest of the family as we gathered, and no one said anything about the announcement.

Knowing what was to come, I went to his house and started to look for important papers. I never found Deeds, titles, insurance papers, nothing. I called Kathy, and she said there were no papers down there. Don had 3 safety deposit boxes. When we could finally get to them, there was nothing in them. His mail was nothing but bills he had forgotten to pay, They were going to shut off the heat and water. We filed papers to become guardians, so we could try and correct things that had gone wrong with his bills and properties. He had been living with us for about a year when we were granted guardianship. At first things were going ok.

Before this, I had done lots of jobs and repairs for friends. They always told me, You do great work, you should start your own business. Well, here was a chance to do just that. With some of Don's money, I could start a business, make enough to pay back what I used and still make a living for my family. That's not how it turned out. My business didn't really fly and I lost control of what I had been spending. When the senior center called and told me I was so far behind, I didn't know what to do. I tried to keep things going, but it was too late.

My biggest mistake wasn't in bringing Don into my home or even becoming a guardian. It was it not giving the handling of the money to someone who knew how to do it. I have said from the beginning, I made some very big mistakes. I was wrong and I freely admit that. I would love nothing more then to go back and

do it over again. This time, Don would be with us, but someone else would take care of the money. Let one thing be clearly understood by all, never did I plan to hurt Don, or to ever do anything wrong.

I love Don as a father, as I have for years. He is the only one I have left. And now he doesn't even know who I am.

Phyllis and I have been though hell with all of this. Yes, it is of our own making, and not something I would wish on anyone.

I've work hard all my life, and have tried to be a good person. Not only to my family, but to others.

I made the mistakes that got me here and stand ready for whatever punishment I face.


Sincerely,
Frank Raymond Talas Jr.