NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK and PHYLLIS TALAS,<br><br>Defendants. | Case No. 3:06-cr-0011-RRB<br><br>**GOVERNMENT'S NOTICE AND FILING OF INFORMATION RELATED TO RESTITUTION** |

COMES NOW the United States of America, by and through counsel, and pursuant to 18 U.S.C. §3664(d)(5) gives the court and parties notice of information related to restitution

The government received the attached letter containing restitution information from the State of Alaska Office of Public Advocacy, Public Guardian responsible for Mr. Mitchell today – September 26, 2006.  Government counsel had communicated with the State representative to attempt to get restitution figures

prior to filing its sentencing memorandum, however, the person at the State responsible for obtaining the figures was apparently unavailable until recently.

18 U.S.C. § 3664(d)(5) makes provision for a restitution hearing to be set after sentencing in cases, such as this, in which restitution figures are unavailable prior to 10 days before sentencing. Thus, the government hereby provides the restitution figures to the defendants and the court, and, pursuant to the statute, agrees that, upon any request by the defendants, the court should set a restitution hearing within the next 90 days at the convenience of the court.

RESPECTFULLY SUBMITTED September 26, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/Karen Loeffler
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffer@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2006
a copy of the foregoing was served electronically on:

Michael Dieni
David Webber

s/ Karen Loeffler