```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.   FRANK R. TALAS, JR.     CASE NO. 3:06-CR-00011-01-RRB
Defendant: X Present      X On Bond

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           CAROLINE EDMISTON

UNITED STATES' ATTORNEY:         KAREN LOEFFLER

DEFENDANT'S ATTORNEY:            MIKE DIENI

U.S.P.O.:                        SCOTT KELLEY

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 09/27/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:42 a.m. court convened.

 X Notice of Appeal form given to defense counsel.

 X Court stated findings/reasons pursuant to sentencing guidelines.

 X Imprisonment for a period of 6 Months.

 X Defendant placed on supervised release for a period of 36 months under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

 X Special Assessment $ 100.00 , due immediately.

 X Defendant shall remain on bond and report to the U.S. Marshal after the Restitution Hearing, which is set for **October 17, 2006 at 8:30 a.m. before Judge Beistline.**

 X On motion of the U.S. Attorney, remaining counts 1, 3, 4 & 5 of the Indictment are dismissed.

 X OTHER: Court and counsel heard re presentence report, sentence recommendation, and restitution amount. Court and counsel heard re defendant's oral motion to place the defendant in a half-way house to serve out his incarceration; **DENIED**. Court directed that the restitution amount be held in abeyance pending the **Restitution Hearing set October 17, 2006 at 8:30 a.m.** Court directed that the imposition court imposed on both defendants be combined since information re defendant's was heard at both hearings. Payment coupon given to defendant. Court advised defendant of appeal rights.

At 11:15 a.m. court adjourned.

DATE:    September 27, 2006    DEPUTY CLERK'S INITIALS: ce/sd