Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>FRANK R. TALAS, JR.,<br><br>　　　　　　　　Defendant. | Case No. 3:06-cr-0011-RRB-JDR<br><br>NON-OPPOSED RESTITUTION REQUEST |

　　　　Defendant, Frank R. Talas, Jr., by and through counsel Michael Dieni, Assistant Federal Defender, provides the following report to the court requesting that the court set restitution at 50 percent value of the original proposed loss.  Rounding off the loss to $370,000, therefore, restitution should be a joint and several obligation of $185,000.  The government, through Assistant United States Attorney Karen Loeffler, non-opposes this proposal.

　　　　At the sentencing proceeding, the parties had discussed the potential of setting the restitution at approximately $91,000.  The court, however, verbalized a concern that Mr. Mitchell's other daughter, Donna Ambe-Ramsey, the other primary heir, might feel

cheated by setting restitution at a value less than the total loss. At the parties' request, the court held off imposing restitution until the parties had a chance to interview Donna Ambe-Ramsey.

Undersigned counsel personally interviewed Ms. Ambe-Ramsey, explaining the total value of the known loss, and advising her that the court could set the restitution at that number. Ms. Ambe Ramsey also understood co-defendant Phyllis Talas's rightful position as an equal heir. As a result, Ms. Ambe-Ramsey suggested that restitution could be set at 50 percent of the total loss.

Though an accountant might point out any number of flaws in the analysis, there is sense to the simplicity of the number proposed by Ms. Ambe-Ramsey. This is particularly true in light of the Talases' limited ability to pay restitution.

As a result, the parties all join in suggesting that restitution be set at 50 percent of the actual known loss.

DATED this 16th day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

<u>Certification</u>:

I certify that on October 16, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Karen L. Loeffler, Esq.

David R. Weber, Esq.

/s/ Michael D. Dieni