UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FRANK R. TALAS, JR.,<br><br>        Defendant. | Case No. 3:06-cr-0011-RRB-JDR<br><br>PROPOSED<br>ORDER SETTING RESTITUTION |

After due consideration of defendant's Non-opposed Restitution Request, the court grants the motion. Restitution in this matter is set at a joint and several obligation of $185,000. The Clerk of Court is directed to enter the amount of $185,000 as restitution in the final judgment in this action.

        DATED this ____ day of _____, 2006, in Anchorage, Alaska.


                                        _____
                                        Ralph R. Beistline
                                        United States District Court Judge