UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u> FRANK TALAS </u>

DATE:   <u>  October 17, 2006  </u>     CASE NO.   <u>  3:06-CR-0011-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
             **SCHEDULING HEARING**

---

A status hearing will be held **today**, **October 17, 2006,** at **12:05 p.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING