```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA

U.S.A. vs.   FRANK R. TALAS, JR.      CASE NO. 3:06-CR-00011-01-RRB
U.S.A. vs.   PHYLLIS TALAS            CASE NO. 3:06-CR-00011-02-RRB
Defendants: X Present    X On Summons

BEFORE THE HONORABLE:           RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:        KAREN LOEFFLER

DEFENDANTS' ATTORNEY:           MICHAEL DIENI / DAVID R. WEBER

U.S.P.O.:                       SCOTT KELLEY

PROCEEDINGS: STATUS CONFERENCE (RESTITUTION HEARING)
             Held 10/17/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 8:38 a.m. court convened.

Court and counsel heard re resolution to restitution as to defendants Frank Talas, Jr. and Phyllis Talas.

At 8:40 a.m. court adjourned.
At 12:05 p.m. court reconvened.

Court and counsel heard re defendant Frank Talas, Jr.'s remand date. Frank Talas, Jr. to remand by **Wednesday, October 18, 2006 at 12:00 p.m.** to the U.S. Marshal's Office.

At 12:06 p.m. court adjourned.

DATE:   October 17, 2006        DEPUTY CLERK'S INITIALS:   SCL