UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>FRANK R. TALAS, JR.,<br><br>                 Defendant. | Case No. 3:06-cr-0011-RRB-JDR<br><br>~~PROPOSED~~<br>ORDER SETTING RESTITUTION |

After due consideration of defendant's Non-opposed Restitution Request, the court grants the motion. Restitution in this matter is set at a joint and several obligation of $185,000. The Clerk of Court is directed to enter the amount of $185,000 as restitution in the final judgment in this action.

DATED this 17 day of October, 2006, in Anchorage, Alaska.

                                          S/RRB
                                     Ralph R. Beistline
                                   United States District Court Judge