PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska



RECEIVED
OCT 17 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Frank R. Talas, Jr.                    Case Number: 3:06-CR-00011-01-RRB

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:     September 27, 2006

Original Offense:              Misappropriation of Funds by Fiduciary

Original Sentence:             6 months imprisonment, 36 months supervised release, $185,000 restitution

Date Supervision Commenced: April 16, 2007

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant shall undergo a mental health assessment at the direction of the probation officer and shall comply with any recommended treatment

### CAUSE

On October 16, 2007, during an office visit with the probation officer the defendant, who described having symptoms of depression and expressed a desire to "talk to someone," requested the aforementioned assessment/treatment.

Respectfully submitted

REDACTED SIGNATURE

Eric D. Odegard
U.S. Probation/Pretrial Services Officer
Date:  October 16, 2007

*Request for Modification of Conditions or Term*
*Name of Offender        :        Frank R. Talas, Jr.*
*Case Number             :        3:06-CR-00011-01-RRB*

# THE COURT ORDERS:

[ ] ~~No~~ Action
[ ] ~~The Extension of Supervision as Noted Above~~
[✓] The Modification of Conditions as Noted Above
[ ] Other:

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge

Date: 10/17/07

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v Frank R. Talas, Jr.**                                    Docket No. 3:06-CR-00011-01-RRB

     I, _Frank R. Talas, Jr._, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant shall undergo a mental health assessment at the direction of the probation officer and shall comply with any recommended treatment.

Signed: _/s/ Frank R. Talas, Jr._                                    Date: _10/16/07_
            Frank R. Talas, Jr.
            Probationer or Supervised Releasee

            **REDACTED SIGNATURE**
Witness: _____                                    Date: _10/16/07_
            Eric D. Odegard
            U.S. Probation/Pretrial Services Officer