AO 83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
JAN 2 9 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V.

FRANK R. TALAS, JR.
21500 MORNING CIRCLE
CHUGIAK, AK 99567

SUMMONS IN A CRIMINAL CASE

Case Number: 3:06-CR-00011-RRB

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Courtroom 6 |
| Before: Magistrate Judge Roberts | Date and Time<br>2/27/08 @ 2:30 PM |

To answer a(n)
[] Indictment   [] Information   [] Complaint   [] Violation Notice   [X] Probation Violation Petition

Charging you with a violation of:

Violations of Conditions of Supervised Release

Brief description of offense: Failure to submit reports, restitution payments and failure to obtain employment.

Ida Romack, Clerk of Court
Signature of Issuing Officer

January 18, 2008 at Anchorage, AK
Date and Location

Redacted Signature , Clerk
Name and Title of Issuing Officer

---

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

**RETURN OF SERVICE**

Service was made by me on:[1]          Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 21500 MORNING CIRCLE

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 1-25-2008      RANDY Johnson
Date                       Name of United States Marshal

                              [signature]
                              (by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.