```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. <u>FRANK R. TALAS, JR.</u>   CASE NO. <u>3:06-cr-00011-01-RRB</u>
Defendant: <u>X</u> Present <u>X</u> On Summons

BEFORE THE HONORABLE: <u>         JOHN D. ROBERTS                   </u>

DEPUTY CLERK/RECORDER: <u>         APRIL KARPER                     </u>

UNITED STATES' ATTORNEY: <u>      AUDREY RENSCHEN FOR KAREN LOEFFLER </u>

DEFENDANT'S ATTORNEY: <u>         MICHAEL DIENI - APPOINTED          </u>

U.S.P.O.: <u>                     ERIC ODEGARD                       </u>

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 73) HELD FEBRUARY 27, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:39 p.m. court convened.

<u>X</u> Copy of Petition to Revoke Supervised Release given to defendant.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name: <u>Same as above.                  </u>

<u>X</u> Defendant advised of general rights.

<u>X</u> Financial Affidavit **FILED**.

  <u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> Defendant **DENIED** allegations <u>1-11 of the Petition to Revoke Supervised Release.</u>

<u>X</u> Consent to Proceed before U.S. Magistrate Judge **FILED**.

<u>X</u> Order Setting Conditions of Release **FILED**.

<u>X</u> OTHER: <u>Court and counsel heard re plaintiff's oral motion to release the defendant with conditions; **GRANTED**. Court and counsel heard re plaintiff's oral motion to stay this matter for 60 days; **GRANTED**; court instructed the plaintiff to file a status report by **April 28, 2008.**</u>

At 2:58 p.m. court adjourned.

DATE: <u>    February 27, 2008    </u>   DEPUTY CLERK'S INITIALS: <u>  AMK  </u>

Revised 6-18-07