NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax:   (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:06-CR-00011-01-RRB |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| FRANK R. TALAS, JR., | ) PLAINTIFF'S APPLICATION FOR WRIT OF GARNISHMENT |
| Defendant. | ) |

Plaintiff the United States of America, by and through the United States Attorney for the District of Alaska, in accordance with 28 U.S.C. § 3205(b)(1), hereby applies to the Clerk of the United States District Court for issuance of a Writ of Garnishment upon the judgment entered in this action against defendant Frank R. Talas, Jr., SSN: ███████, DOB: ███████, c/o Michael Dieni, Assistant Defender, Office of the Federal Defender, 601 West 4th Avenue, Suite 800, 99501.

1. Judgment in the amount of $185,100.00 was entered in this district against defendant on October 17, 2006.

2. Amounts which have accrued since entry of judgment are: $65.00 in accrued costs pursuant to 18 U.S.C. § 3612.

3. Credit must be given for payments and partial satisfaction in the total amount of $1,850.00

4. There remains a current unpaid balance of $183,250.00 and $65.00 in post-judgment costs, for a total amount of $183,315.00 which is due and owing as of March 31, 2008.

5. At least one demand for payment of the judgment debt has been made upon the debtor not less than thirty (30) days from the date of this application, and debtor has failed to satisfy the debt.

6. The holder of the property, the garnishee, is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

7. The name and address of the garnishee or the authorized agent for the garnishee is:

>   Municipality of Anchorage
>   Real Estate Services
>   Attention: Department of Law
>   632 West 6th Avenue, Suite 730
>   Anchorage, AK 99519

RESPECTFULLY SUBMITTED on this 31st day of March 2008, at Anchorage, Alaska.

NELSON P. COHEN
UNITED STATES ATTORNEY


s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax:   (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031