Dean T. Gates
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail: uslit@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Garnishee
Municipality of Anchorage



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FRANK R. TALAS, JR.,<br><br>　　　　　Defendant<br><br>and<br><br>MUNICIPALITY OF ANCHORAGE,<br><br>　　　　　Garnishee. | Case No. 3:06-CR-00011-01-RRB<br><br>CERTIFICATE OF SERVICE OF<br>GARNISHEE'S ANSWER |

**CERTIFICATE OF SERVICE**

　　　The undersigned hereby certifies that on the 18th day of April, 2008, a true and correct copy of the *Garnishee's Answer to Writ of Garnishment for Personal Property* was served by first class regular mail on:

United States Attorney
Attn: Financial Litigation Unit
222 West 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567

Frank R. Talas, Jr.
c/o Michael Dieni, Assistant Defender
Office of the Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501

DATED this 18th day of April, 2008.

_____
Retah Hicks, Legal Secretary
Municipal Attorney's Office