NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone:  (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.  3:06-cr-00011-1-RRB |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | CERTIFICATE OF SERVICE |
| ) | |
| FRANK R. TALAS,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

Plaintiff the United States of America, certifies that on April 7, 2008, it served the defendant, through his attorney, Michael Dieni, with copies of the Writ of Garnishment, Plaintiff's Application for Writ of Garnishment, Clerk's Notice and Instructions to Debtor, Notice and Instructions to Claim Exemptions, Claim of Exemptions and Request for Hearing form, and Plaintiff's Notice to Debtor, as evidenced by the attached Domestic Return Receipt.

DATED this 2nd day of May 2008.

                                        s/Richard L. Pomeroy
                                        RICHARD L. POMEROY
                                        Assistant U.S. Attorney
                                        222 West 7th Avenue #9, Room 253
                                        Anchorage, AK 99513-7567
                                        Phone: (907) 271-5071
                                        Fax: (907) 271-2344
                                        E-mail: richard.pomeroy@usdoj.gov
                                        Alaska Bar No. 8906031

U.S. v. Talas

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

U.S. Attorney's Office
222 West 7th Avenue
#9 Suite 253
Anchorage, Ak. 99513-7567

Attn: FLU/bcb

RECEIVED
2008 APR -8 AM 10:01
U.S. ATTORNEY OFFICE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Dieni
   Asst. Federal Defender
   601 West 5th Ave.
   Suite 800
   Anchorage, AK
   99501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Arturo Heuve   4/7/8

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 0500 0004 1672 4591

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509