NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cr-00011-01-RRB |
| Plaintiff, | ) |
| vs. | ) PLAINTIFF'S MOTION FOR ORDER |
| | ) TO RELEASE FUNDS PURSUANT TO |
| FRANK R. TALAS, | ) WRIT OF GARNISHMENT |
| Defendant. | ) |

Plaintiff the United States of America, by and through the United States Attorney for the District of Alaska, hereby moves this Court to order the release of funds currently in the possession of garnishee, Municipality of Anchorage.

1.   On or about April 3, 2008, a Writ of Garnishment was entered in this action attaching property owned by and/or owed to the defendant-debtor and in the custody of garnishee.

2.   On April 7, 2008, plaintiff served defendant with the legal notices required by 28 U.S.C. § 3205:  Writ of Garnishment, Plaintiff's Application for Garnishment, Clerk's Notice, Notice

and Instructions to Claim Exemptions, Claim of Exemptions and Request for Hearing form, and Plaintiff's Notice.  Plaintiff's Certificate of Service has been filed with the Court.

    3.   On or about April 18, 2008, the garnishee submitted an Answer which stated that funds in the amount of $18,735.73 are being held on behalf of the debtor.

    4.   More than twenty (20) days have elapsed since plaintiff served notice upon defendant, and the garnishee has filed an Answer stating that it is in possession of non-exempt property owed to the defendant.  Defendant has failed to file any claim, objection, or other pleading in opposition to plaintiff's garnishment.  Pursuant to 28 U.S.C. § 3205(c)(7), defendant's right to object to plaintiff's attachment of the funds is now in default.

    WHEREFORE, plaintiff hereby requests this Court to issue an order directing that funds in the amount of $18,735.73 currently held by the garnishee, Municipality of Anchorage, be released by check made payable to the "United States Treasury" and delivered to the United States Attorney, 222 West 7th Avenue #9, Room 253, Anchorage, Alaska 99513-7567.

\
\
\

RESPECTFULLY SUBMITTED this 7th day of May, 2008, at Anchorage, Alaska.

```
                              NELSON P. COHEN
                              United States Attorney

                              s/Richard L. Pomeroy
                              RICHARD L. POMEROY
                              Assistant U.S. Attorney
                              222 West 7th Avenue #9, Room 253
                              Anchorage, AK 99513-7567
                              Phone: (907) 271-5071
                              Fax: (907) 271-2344
                              E-mail: richard.pomeroy@usdoj.gov
                              AK #8906031
```

I declare under penalty of perjury that a true
and correct copy of the foregoing Motion for
Release of Funds was electronically served on
Michael Dieni and Dean T. Gates on May 7, 2008.

s/ Richard L. Pomeroy