IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00011-01-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED |
| vs. | ) | ORDER TO RELEASE FUNDS |
| | ) | PURSUANT TO WRIT OF |
| FRANK R. TALAS, | ) | GARNISHMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

A Writ of Garnishment has been issued and served upon garnishee, Municipality of Anchorage.  Pursuant to the Writ of Garnishment, the garnishee filed an Answer on April 18, 2008, stating that at the time of service of the Writ it had in its possession or under its control personal property belonging to and due defendant, and that garnishee was indebted to defendant in the sum of $18,735.73

On April 7, 2008, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.  Defendant's right to object to the garnishment is now in default pursuant to 28 U.S.C. § 3205(c)(7).

IT IS HEREBY ORDERED:

1.   That garnishee, Municipality of Anchorage shall pay the sum of $18,735.73 to plaintiff the United States, and that garnishee continue to make said payments until the debt to the plaintiff is satisfied or until the garnishee no longer has custody, possession, or control of any property belonging to the debtor; or until further order of this court.

2.   That said funds shall be released by check made payable to the "United States Treasury" and shall be delivered to the United States Attorney/Financial Litigation Unit, 222 W. 7th Avenue # 9, Room 253, Anchorage, AK 99513-7567.

DATED this _____ day of _____, 2008, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT
MAGISTRATE JUDGE