NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FRANK TALAS,<br><br>　　　　　Defendants. | ) Case No. 3:06-cr-0011-RRB<br>)<br>)<br>)<br>) GOVERNMENT'S MOTION TO<br>) EXTEND TIME TO FILE STATUS<br>) REPORT<br>)<br>)<br>) Filed on Shortened Time |

　　　COMES NOW the United States of America, by and through counsel, and moves this court to extend time to file a status report in this case.

　　　The government's status report in the above captioned case was due on April 28, 2008.  The assigned probation officer has communicated with government counsel concerning the status of Mr. Talas.  At the time of the communication it appeared that Mr. Talas was complying with conditions.  Undersigned counsel,

however, unfortunately deleted that e-mail and subsequently found that the assigned probation officer is out of the office. Thus, undersigned counsel is unable to confirm that status at this time. Government counsel will be out of the office from May 15 – May 26 and thus requests an extension of time to file its status report until May 30.

    RESPECTFULLY submitted this 13th day of May, 2008, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/Karen Loeffler
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffer@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2008
a copy of the foregoing GOVERNMENT'S
MOTION TO EXTEND TIME TO FILE
STATUS REPORT was served electronically on:

Michael Dieni

s/ Karen Loeffler