NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                         Plaintiff,       )<br>                                                              )<br>        vs.                                              )<br>                                                              )<br>                                                              )<br>   FRANK TALAS,                              )<br>                                                              )<br>                         Defendants.   ) | Case No. 3:06-cr-0011-RRB<br><br>[PROPOSED] <u>ORDER ON GOVERNMENT'S MOTION TO EXTEND TIME TO FILE STATUS REPORT</u> |

The United States of America's motion to extend time to file status report is:

GRANTED/DENIED.  Status report is now due on May 30, 2008

_____                                    _____
Date                                                                United States District Court Judge