NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-11 (RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | <u>GOVERNMENT'S STATUS</u> |
| vs. | ) | <u>REPORT</u> |
| | ) | |
| FRANK R. TALAS, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     COMES NOW Plaintiff United States of America, by and through counsel, and submits its status report in the above captioned matter.

     Pursuant to the recommendation of the U.S. Probation Office, the

government respectfully requests that this court dismiss the petition to revoke supervised release without prejudice. According to that report, Mr. Talas has made two restitution payments since the last court appearance. He appears to be taking his probation more seriously than before the petition was sought, and therefore, the government recommends the above requested action.

RESPECTFULLY SUBMITTED this 30th day of May, 2008 at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Karen L. Loeffler
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2008
a copy of the foregoing Status Report was served
electronically on: Michael Dieni


s/ Karen Loeffler


US v. Talas
3:06-cr-11 (RRB)